

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00005-CV

**IPSECURE, INC.**,
Appellant

v.

James E. **CARRALES**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-02257
Honorable Antonia Arteaga, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE ALVAREZ, AND JUSTICE PULLIAM

In accordance with this court's memorandum opinion of this date, the trial court's order denying IPSecure, Inc.'s motion to dissolve temporary injunction is REVERSED. It is ORDERED that IPSecure, Inc.'s motion to dissolve temporary injunction is GRANTED, and the temporary injunction order signed by the trial court on September 22, 2015, is DISSOLVED. It is FURTHER ORDERED that the enforcement order signed by the trial court on May 4, 2016, is VACATED.

Appellee James E. Carrales's "Expedited Motion to Reconsider Stay and, Alternatively, Motion for Enforcement" is DENIED AS MOOT.

It is ORDERED that Appellant IPSecure, Inc. recover its costs of appeal from Appellee James E. Carrales.

SIGNED June 15, 2016.

_____
Karen Angelini, Justice